IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SEARS HOLDING MANAGEMENT CORPORATION and DOES 1–50 inclusive,<br><br>    Defendants.<br>                                          / | No. C 11-02575 WHA<br><br><br>**ORDER REGARDING REQUEST TO SUBSTITUTE DEFENDANT** |

On September 16, 2011, the parties filed a stipulated request to "substitute Kmart Corporation in place and instead of Sears Holding Management Corporation as the proper Defendant in this matter" (Dkt. No. 26). By **NOON ON SEPTEMBER 29, 2011**, the parties shall file a statement disclosing whether any compensation, direct or indirect, has been given or promised in connection with this relief requested.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE