1    AMANDA C. SOMMERFELD (SBN: 185052)
     asommerfeld@winston.com
2    WINSTON & STRAWN LLP
     333 South Grand Avenue, Suite 3800
3    Los Angeles, CA 90071-1543
     Telephone:    (213) 615-1700
4    Facsimile:    (213) 615-1750

5    MARI OVERBECK (SBN: 261707)
     moverbeck@winston.com
6    WINSTON & STRAWN LLP
     101 California Street, Suite 3900
7    San Francisco, CA  94111
     Telephone:    415-591-1000
8    Facsimile:    415-591-1400

9    Attorneys for Defendant
     KMART CORPORATION
10   (erroneously sued and served as "Sears Holding Management Corporation")

11

              **UNITED STATES DISTRICT COURT FOR THE**
12
              **NORTHERN DISTRICT OF CALIFORNIA**
13
                 **SAN FRANCISCO DIVISION**
14

15

16   LISA GARVEY, individually and on behalf of  )   **Case No. 11-2575**
     all others similarly situated,               )
17                                                 )   **The Honorable William H. Alsup**
                    Plaintiff,                     )   **ORDER APPROVING**
18                                                 )   **STIPULATION TO SUBSTITUTE**
             v.                                    )   **DEFENDANT**
19                                                 )
     SEARS HOLDING MANAGEMENT                      )
     CORPORATION, and DOES 1-50 inclusive,         )   Complaint Filed April 11, 2011
20                                                 )
                                                   )
21                  Defendants.                    )
                                                   )
22   ─────────────────────────────────────────────

23

24

25

26

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1   Plaintiff Lisa Garvey ("Plaintiff") and Defendant Kmart Corporation, erroneously sued and

2   served as Sears Holding Management Corporation, ("Defendant") hereby agree and stipulate as

3   follows:

4   **WHEREAS** Plaintiff filed the operative complaint on April 11, 2011, alleging one cause of

5   action for violation of California Labor Code Private Attorneys General Act of 2004, California

6   Labor Code §§ 2698 *et seq.* based on California Labor Code § 1198 and Wage Order 7-2001;

7   **WHEREAS** per the Court's request on September 8, 2011, Defendant sent Plaintiff's

8   counsel a copy of Plaintiff's 2010 W2 Tax Statement on September 12, 2011 demonstrating that

9   Kmart Corporation was Plaintiff's employer; based on Defendant's understanding of the putative

10  class Plaintiff seeks to represent, all of those individuals were similarly employed by Kmart

11  Corporation, who is the proper Defendant;

12  **WHEREAS** Plaintiff has not yet conducted discovery related to additional employers, and

13  thus Plaintiff may later seek to amend the Complaint to add additional employer(s) based on the

14  evidence;

15  **NOW THEREFORE**: the parties jointly stipulate and request that the Court substitute

16  Kmart Corporation in place and instead of Sears Holding Management Corporation as the proper

17  Defendant in this matter.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

Dated: September 16, 2011                    RIGHETTI GLUGOSKI, P.C.


                                             By:   /s/Michael Righetti
                                                   Michael Righetti
                                                   Attorneys for Plaintiff




Dated:  September 16, 2011                   WINSTON & STRAWN LLP


                                             By:   /s/Amanda C. Sommerfeld
                                                   Amanda C. Sommerfeld
                                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:    September 28, 2011.


_____
The Honorable William Alsup

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543