IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY,

    Plaintiff,

v.

SEARS HOLDING MANAGEMENT, and DOES 1–50, inclusive,

    Defendants.

No. C 11-02575 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court acknowledges receipt of plaintiff's letter of November 17, 2011, and **SETS** a further meet-and-confer on **TUESDAY, NOVEMBER 22, 2011, STARTING FROM 8:00 A.M. AND CONTINUING THROUGH TO 11:30 A.M.** in the Court's jury room on the nineteenth floor of the federal courthouse. At **11:30 A.M.** that same day, the Court shall hold a hearing to resolve any remaining discovery issue(s). The parties shall please buzz chambers to be let into the jury room for the meet-and-confer. Defendant's response to plaintiff's letter is due by 5:00 p.m. on Friday, November 18.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: November 17, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE