IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY,

    Plaintiff,

  v.

SEARS HOLDING MANAGEMENT,
and DOES 1–50, inclusive,

    Defendants.
_____/

No. C 11-02575 WHA

**AMENDED ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **MOVES** the further meet-and-confer on **TUESDAY, NOVEMBER 22, 2011, TO START FROM 10:00 A.M. AND CONTINUING THROUGH TO 1:30 P.M.** in the Court's jury room on the nineteenth floor of the federal courthouse. At **1:30 P.M.**, the Court shall hold a hearing to resolve any remaining discovery issue(s). The parties shall please buzz chambers to be let into the jury room for the meet-and-confer.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE