IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>    Defendant.<br>_____ / | No. C 11-02575 WHA<br><br><br>**CLARIFICATION OF**<br>***DAUBERT* MOTIONS** |

     A point of clarification on the prior order regarding defendant's *Daubert* motions (Dkt. No. 68). Defendant must re-notice the motions for a hearing on a 35-day calendar or withdraw as moot. Defendant shall do so by **NOON ON APRIL 23**. Plaintiff's opposition will be due 14 days from the date of the re-notification, and defendant's reply will be due 7 days after the opposition.

Dated: April 20, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE