IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY, on behalf of herself and others similarly situated,

    Plaintiff,

v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**ORDER RE PROPOSED CLASS LIST**

    Two days before the July 18 hearing, the parties shall file a joint list of all proposed class members by name, stating for each cashier the store he or she worked at, the time-period worked, and whether or not he or she had a seat or requested a seat.

**IT IS SO ORDERED.**

Dated: July 9, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE