1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY, individually and on
behalf of all others similarly situated,

      Plaintiff,

  v.

SEARS HOLDING MANAGEMENT,
and DOES 1–50, inclusive,

      Defendants.

_____/

No. C 11-02575 WHA

**ORDER SETTING HEARING
ON DEFENDANT'S
DISCOVERY DISPUTE**

      In response to defendant's letter of July 31, 2012, the Court hereby **SETS** a further

meet-and-confer starting at **7:30 A.M. AND CONTINUING THROUGH TO 11:30 A.M. ON TUESDAY,**

**AUGUST 7** in the Court's jury room on the nineteenth floor of the federal courthouse.

At 11:30 a.m., the Court shall hear any unresolved discovery issue(s).  Please buzz chambers at

9:00 a.m. to be let into the jury room.  Plaintiff's response is due by **NOON ON AUGUST 6**.

      Please note that only those lawyers who personally participate in the meet-and-confer in

the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated:  July 31, 2012.

                              _____
                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE