IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

SEARS HOLDING MANAGEMENT, and DOES 1–50, inclusive,

    Defendants.

No. C 11-02575 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

Pursuant to defendant's letter of September 7, 2012, the Court hereby **SETS** a four-hour meet-and-confer starting at **10:00 A.M. AND CONTINUING TO 2:00 P.M. ON WEDNESDAY, SEPTEMBER 19**, in the Court's jury room located on the 19th floor of the federal courthouse. At 2:00 p.m. the Court shall hold a hearing in Courtroom No. 8 to resolve any outstanding issue(s). Please buzz chambers at 10:00 a.m. to be let into the jury room. Plaintiff's response is due by noon on September 17.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: September 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE