IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-02575 WHA<br><br>**ORDER REGARDING NOTICE OF ALLEGED SPOLIATION OF EVIDENCE** |

    Plaintiff submits a letter notifying this Court of alleged spoliation of evidence and requesting instructions on how to proceed. Therefore, by **NOON ON OCTOBER 8**, plaintiff shall file a proper motion for discovery sanctions and specifically identify the relief sought. Defendant must file an opposition or statement of non-opposition by **NOON ON OCTOBER 15**. Plaintiff may then file a reply by **NOON ON OCTOBER 22**. The motion shall be heard at the pretrial conference scheduled for November 5, 2012, and will count as one of plaintiff's motions in limine.

    **IT IS SO ORDERED.**

Dated: October 2, 2012.

                                                   WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California