IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**ORDER MOVING FINAL PRETRIAL CONFERENCE**

The Court hereby **MOVES** the case management conference to **NOVEMBER 7, 2012, AT 10:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE