1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

**United States District Court**
For the Northern District of California

10   LISA GARVEY, individually and on
     behalf of all others similarly situated,
11                                                  No. C 11-02575 WHA
12              Plaintiff,
13      v.
                                                    **AMENDED ORDER MOVING**
14   KMART CORPORATION,                             **MOTIONS AND FINAL**
                                                    **PRETRIAL CONFERENCE**
15              Defendant.
                                           /
16

17        The Court hereby **MOVES** the final pretrial conference to **NOVEMBER 7, 2012, AT**

18   *8:00 A.M.*, as well as all motions that were previously scheduled to be heard at the final pretrial

19   conference.

20

21        **IT IS SO ORDERED.**

22

23   Dated:  October 17, 2012.
                                          _____
24                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28