IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.
_____/

No. C 11-02575 WHA

**ORDER RE DEFENDANT'S LETTER OF OCTOBER 19**

    Assuming both sides agree, the Court is willing to move the final pretrial conference to **8:00 A.M. ON NOVEMBER 6, 2012**. Failing agreement, the Court will likely hold counsel to November 8 unless more specific details are proposed concerning how long the "very short" trial will last in nearby Superior Court.

    The response to this order must be filed by **10:00 A.M. ON OCTOBER 22**.

**IT IS SO ORDERED.**

Dated: October 19, 2012.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE