**United States District Court**
For the Northern District of California

1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT

7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10   LISA GARVEY, individually and on
     behalf of all others similarly situate,
11                                                    No. C 11-02575 WHA
                    Plaintiff,
12
13        v.
                                                      **ORDER MOVING FINAL**
14   KMART CORPORATION,                               **PRETRIAL CONFERENCE**

15                  Defendant.
                                            /
16

17         Per the parties' statement dated October 22, the Court **MOVES** the final pretrial

18   conference to **TUESDAY, NOVEMBER 6, 2012, AT 8:00 A.M.**  As previously noted, all other

19   motions will be heard at the same time.

20

21         **IT IS SO ORDERED.**

22

23   Dated:  October 22, 2012.
                                            _____
24                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
25
26
27
28