IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>    Defendant.<br>_____ / | No. C 11-02575 WHA<br><br>**ORDER RE JURY DEMAND** |

The parties shall submit a joint statement by **NOON TOMORROW** on whether either side demands a jury trial. Plaintiff earlier made an untimely demand for a jury trial (Dkt. No. 23). FRCP 38. If plaintiff still requests a jury trial, it should file a proper motion. *See Pacific Fisheries Corp. v. HIH Cas. & General Ins., Ltd.*, 239 F.3d 1000, 1002–03 (9th Cir. 2001).

**IT IS SO ORDERED.**

Dated: October 24, 2012.

                                                  /s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE