IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>  Defendant.<br>_____/ | No. C 11-02575 WHA<br><br>**NOTICE RE STATEMENT REGARDING JURY DEMAND** |

A prior order inquired about plaintiff's untimely demand for a jury trial and whether plaintiff was still making such a demand. Plaintiff responds that she is no longer demanding a jury trial.

The prior order was *not* an invitation for defendant to make its own untimely motion for a jury trial. Nonetheless, defendant now seeks to file a motion for a jury trial. This is untimely by more than a year. Defendant may file an administrative motion to shorten the briefing schedule, but good cause must be shown for its year-long delay.

Dated: October 25, 2012.

                                                                        _____
                                                                        WILLIAM ALSUP
                                                                        UNITED STATES DISTRICT JUDGE