IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant.<br>_____/ | No. C 11-02575 WHA<br><br>**ORDER TO SHOW CAUSE REGARDING DR. RICK EVANS** |

Plaintiff is order to show cause at the final pretrial conference why the testimony of Dr. Rick Evans should not be completely excluded. Dr. Evans's expert report was untimely submitted. Counsel should bring any and all documents to corroborate arguments at the conference.

**IT IS SO ORDERED.**

Dated: October 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE