AMANDA C. SOMMERFELD (SBN: 185052)
asommerf@winston.com
EMILY C. SCHUMAN (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ROBB C. ADKINS (SBN: 194576)
radkins@winston.com
BENJAMIN J. KIMBERLEY (SBN: 259800)
bkimberley@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
KMART CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA GARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 3:11-cv-02575-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT KMART CORPORATION PERMISSION TO USE EQUIPMENT AT TRIAL |

Upon application of Defendant and for good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendant may bring the following equipment into the Federal Courthouse at 450 Golden Gate Ave., San Francisco, CA 94102 for use during the trial in this matter:
    a. one monitor;
    b. one projector;
    c. three laptops;
    d. one technical table/cart;
    e. one projector stand;
    f. one pull up screen;
    g. two video digital amplifiers;
    h. one video switch;
    i. one printer;
    j. one scanner; and
    k. various audio-visual cables and extension cords.
2. Defendant may bring the following equipment into the courtroom for use during the trial in this matter:
    a. one monitor;
    b. one projector;
    c. three laptops;
    d. one technical table/cart;
    e. one projector stand;
    f. two video digital amplifiers;
    g. one video switch; and
    h. various audio-visual cables and extension cords.

///
///
///

1

[PROPOSED] ORDER GRANTING DEFENDANTS PERMISSION TO USE EQUIPMENT AT TRIAL
Case No. 3:11-cv-02575-WHA

Dated: November 9, 2012.

_____
Honorable William H. Alsup
United States District Judge

SF:343230.2