AMANDA C. SOMMERFELD (SBN: 185052)
asommerf@winston.com
EMILY C. SCHUMAN (SBN: 271915)
eschuman@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

ROBB C. ADKINS (SBN: 194576)
radkins@winston.com
BENJAMIN J. KIMBERLEY (SBN: 259800)
bkimberley@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Defendant
KMART CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA GARVEY, individually and on behalf of all others similar situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KMART CORPORATION, and DOES 1-50 inclusive,<br><br>  Defendants. | Case No. 3:11-cv-02575-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT KMART CORPORATION PERMISSION TO LOAD TRIAL MATERIALS AND EQUIPMENT FROM THE COURT HOUSE |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  Upon application of Defendant Kmart Corporation and for good cause appearing, **IT IS**
2  **HEREBY ORDERED** that:
3  1. Defendant Kmart Corporation and/or Nationwide Legal may enter the United States
4  Courthouse through its loading dock for the purpose of receiving and loading trial materials
5  and equipment belonging to Defendant Kmart Corporation and currently kept at Courtroom 8
6  – 19th Floor.
7  ///
8  ///
9  ///

Dated: November 21, 2012

Honorable William H. Alsup
United States District Judge

SF:344520.1

1
[PROPOSED] ORDER GRANTING DEFENDANTS PERMISSION TO LOAD TRIAL MATERIALS
Case No. 3:11-cv-02575-WHA