United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LISA GARVEY, individually and on                 No. C 11-02575 WHA
     behalf of all others similarly situated,
11
                    Plaintiff,
12
                                                       **NOTICE REGARDING FINDINGS**
13      v.                                             **OF FACT AND CONCLUSIONS**
                                                       **OF LAW**
14   KMART CORPORATION, and DOES
     1-50 inclusive,
15
                    Defendants.
16   _____/

17          Counsel shall address the following somewhere in their proposed findings of fact and

18   conclusions of law:

19          (1)  Does the trial record of admitted evidence contain a blueprint or graphic design

20   showing a proposed modification of the Kmart cashier stall?  If not, is any proposed

21   modification sufficiently described in the trial evidence and, if so, describe the modifications in

22   detail, citing to the trial record.  Be sure to address each feature of the existing stall and state

23   where each would be located in the modified stall, including the bins, mirror, register, foot rest,

24   bagging table, and all other functional features now in use.  If the record does not specify where

25   a feature would be, so state.

26          (2)  Does the trial record prove that suitable seating could reasonably be used when

27   carrying out the work of the Kmart cashier?  If so, with respect to such suitable seating, describe

28   what the admitted trial evidence shows as to:

United States District Court

For the Northern District of California

1    (a)    Is the suitable seating a chair, stool, lean-stool, butt-rest, bench, or

2           something else?

3    (b)    Is it affixed to the floor versus mobile?

4    (c)    Does it have wheels?

5    (d)    Does the seat swivel?

6    (e)    Does it have arm rests?

7    (f)    Does it have a back?

8    (g)    Does it have a cushion?

9    (h)    What is the height of the seat?  Of the back, if any?

10   (i)    Would the feet of the cashiers reach the floor while seated?  If so, how

11          would the eye level while seated compare to the eye level while standing?

12

13

14   Dated:   November 21, 2012.

15          WILLIAM ALSUP
           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28