IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-02575 WHA<br><br><br>**NOTICE RE REQUEST FOR<br>COMMENTS ON DLSE BRIEF** |

The Court requests that both parties submit briefs up to five pages in length (without exhibits, appendixes, or other attachments) by **THURSDAY, DECEMBER 13 AT NOON** commenting on the amicus brief submitted by the DLSE.

**IT IS SO ORDERED.**

Dated: December 11, 2012.

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE