IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-02575 WHA<br><br>**ORDER GRANTING EXTENSION** |

    The parties have requested that the deadline to respond to the notice requesting comments on the amicus brief be extended until **DECEMBER 17**. That request is **GRANTED**. The Court would greatly appreciate it if the parties also respond to the Court's request for data regarding the trial video exhibits at the same time.

    **IT IS SO ORDERED.**

Dated: December 11, 2012.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE