1  AMANDA C. SOMMERFELD (SBN: 185052)
   asommerf@winston.com
2  EMILY C. SCHUMAN (SBN: 271915)
   eschuman@winston.com
3  WINSTON & STRAWN LLP
   333 South Grand Avenue, Suite 3800
4  Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
5  Facsimile:    (213) 615-1750

6  ROBB C. ADKINS (SBN: 194576)
   radkins@winston.com
7  BENJAMIN J. KIMBERLEY (SBN: 259800)
   bkimberley@winston.com
8  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
9  San Francisco, CA 94111
   Telephone:    (415) 591-1000
10 Facsimile:    (415) 591-1400

11 JEFFREY D. WOHL (SBN: 096838)
   jeffwohl@paulhastings.com
12 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
13 San Francisco, CA 94105-3441
   Tel: (415) 856-7000
14  Fax: (415) 856-7100

15 Attorneys for Defendant
   KMART CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA GARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 3:11-cv-02575-WHA<br><br>[PROPOSED] ORDER REGARDING DEFENDANT KMART CORPORATION'S CHANGE OF COUNSEL OF RECORD |

[PROPOSED] ORDER
Case No. 3:11-cv-02575-WHA

1  Upon application of Defendant Kmart Corporation ("Defendant") (Dkt. No. 261) and for
2  good cause appearing, **IT IS HEREBY ORDERED** that Defendant changes its counsel of record,
3  removing Winston & Strawn LLP (including, but not limited to, Amanda C. Sommerfeld, Robb C.
4  Adkins, Joan B. Tucker Fife, Benjamin J. Kimberley and Emily C. Schuman) as counsel of record,
5  pursuant to General Order 45, Section IV.C and Local Rule 5-1(c)(2)(C). Defendant will continue to
6  be represented by Paul Hastings LLP through the above-captioned counsel, Jeffrey D. Wohl, who is
7  currently receiving ECF notices in this case.

Dated:  February 7, 2013.

_____
Honorable William H. Alsup
United States District Judge

LA:327026.1

1
[~~PROPOSED~~] ORDER
Case No. 3:11-cv-02575-WHA