IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KMART CORPORATION,<br><br>    Defendant.<br>                                  / | No. C 11-02575 WHA<br><br>**ORDER DENYING REQUEST TO SHORTEN TIME** |

     The parties jointly request a shortened briefing and hearing schedule on plaintiff's motion to amend because the hearing date falls on the deadline for plaintiff to file her class certification motion. The many dates on which defendants' counsel is not available for a hearing renders this unworkable. Instead, if plaintiff's motion to amend is successful, the deadline to file her class certification motion shall be extended by a *brief* period.

     **IT IS SO ORDERED.**

Dated: March 11, 2013.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE