IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY, individually and on behalf of others similarly situated,

    Plaintiff,

v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**REQUEST FOR FURTHER SWORN STATEMENT REGARDING COST MOTION**

In the experience of the Court, plaintiffs in the position of Lisa Garvey often have understandings with and/or undertakings by others, like their counsel or financial backers of litigation, to be held harmless from all or some court costs (even though they are legally responsible for them). By **NOON ON MARCH 22**, plaintiff must file and serve her own declaration and counsel must do likewise stating in detail the full extent to which any such understanding or undertaking exists or is expected to be available to pay court costs. In the Court's view, this financial arrangement would not be prohibited from disclosure by any privilege. If anyone believes otherwise, it can be briefed on the same schedule.

**IT IS SO ORDERED.**

Dated: March 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE