IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

    The Court **SETS** a three-and-one-half hour meet-and-confer starting from **10:00 A.M. TO 2:00 A.M. (WITH A HALF HOUR FOR LUNCH AT NOON) ON MONDAY, APRIL 1, 2013**, in the Attorney's Lounge on the eighteenth floor of the San Francisco courthouse. At 2:00 p.m., the Court shall hear argument on any remaining unresolved issue(s) in Courtroom 8 on the nineteenth floor. Defendant's response is due to noon on March 29. **PLEASE BUZZ CHAMBERS AT 10:00 A.M. ON APRIL 1 TO CHECK IN FOR THE MEET-AND-CONFER.**

    Please note that only those lawyers who personally attend and participate in the meet-and-confer in the Attorney's Lounge may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: March 27, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE