1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 LISA GARVEY,

                                    No. C 11-02575 WHA

11          Plaintiff,

12   v.

13 KMART CORPORATION,              **ORDER MOVING DISCOVERY**
                                          **HEARING AND MEET-AND-CONFER**

14          Defendant.

15 _____/

16       Pursuant to plaintiff counsel's March 27 letter, the Court **MOVES** the meet-and-confer to

17 April 3 starting at 9:30 a.m. and continuing to 1:30 p.m. (with a half-hour at noon for lunch) in

18 the Court's jury room.  The hearing is **SET** for 1:30 p.m.

19       Everything else remains the same.

20

21     **IT IS SO ORDERED.**

22

23 Dated:  March 28, 2013.

24                                  WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

25
26
27
28

United States District Court

For the Northern District of California