IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**ORDER MOVING DISCOVERY DISPUTE**

    The Court will **MOVE** for the very last time the four-hour meet-and-confer to **8:30 A.M. AND CONTINUING TO 12:30 P.M. ON APRIL 4** in the Court's jury room.  Please buzz chambers at 8:30 a.m. to be let into the jury room.  The Court has a very busy calendar that day and will hold the discovery hearing sometime between 12:30 to 2:30 p.m. as time permits.

    Again, only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE