1 | Counsel listed on following page.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SABRINA CLINE and COLETTE DELBRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDING MANAGEMENT CORPORATION, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 11-2575<br><br>**The Honorable William H. Alsup**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION REGARDING FIRST AMENDED COMPLAINT**<br><br>Complaint Filed April 11, 2011 |

1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326)
3  MALAINA R. FREEDMAN (Cal. State Bar No. 286110)
   PAUL HASTINGS LLP
4  55 Second Street, 24th Floor
5  San Francisco, California 94105
   Telephone: (415) 856-7000
6  Facsimile: (415) 856-7100
7  jeffwohl@paulhastings.com
   jeffmichalowski@paulhastings.com
8  elizabethmacgregor@paulhastings.com
   malainafreedman@paulhastings.com
9  Attorneys for Defendant Kmart Corporation

10 *Attorneys for Defendant*

11
   MATTHEW RIGHETTI (121012)
12 matt@righettilaw.com
   RIGHETTI GLUGOSKI, P.C.
13 456 Montgomery Street, Suite 1400
   San Francisco, California 94104
14 Tel: 415-983-0900
   Fax: 415-397-9005
15
   JAMES F. CLAPP (145814)
16 jclapp@sdlaw.com
17 ZACHARIAH P. DOSTART (255071)
   zdostart@sdlaw.com
18 DOSTART CLAPP & COVENEY, LLP
19 4370 La Jolla Village Drive, Suite 970
   San Diego, California 92122-1253
20 Tel: 858-623-4200
   Fax: 858-623-4299
21
22 KEVIN J. McINERNEY (46941)
   kevin@mcinerneylaw.net
23 18124 Wedge Parkway #503
   Reno, Nevada 89511
24 Tel: 775-849-3811
25 Fax: 775-849-3866

26 *Attorneys for Plaintiffs*

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING FIRST AMENDED COMPLAINT
1

1 | The parties' stipulated request to replace the amended complaint in Dkt. No. 291 with the version in Dkt. No. 293 is **GRANTED**.

DATED: April 1, 2013.

_____
The Honorable William H. Alsup