United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLETTE DELBRIDGE individually
and on behalf of others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION, a corporation,

    Defendant.

No. C 11-02575 WHA

**ORDER REQUESTING SUPPLEMENTAL SUBMISSIONS**

    In this putative class action, non-party Pan-Oston requests a protective order under Rule 26(c). Plaintiffs and Kmart shall respond in the form of a letter brief not to exceed three pages by **NOON ON THURSDAY, JUNE 20**. The parties and Pan-Oston may reply to these submissions in letter briefs not to exceed two pages by **NOON ON FRIDAY, JUNE 21**.

    **IT IS SO ORDERED.**

Dated: June 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE