IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLETTE DELBRIDGE, individually
and on behalf of others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.
                               /

No. C 11-02575 WHA

**ORDER GRANTING REQUEST FOR CONTINUANCE**

      The parties have filed a joint motion to continue the evidentiary hearing currently scheduled for July 2–3 (Dkt. No. 379). The motion is supported with sworn declarations explaining that all of plaintiff's counsel and three of Kmart's witnesses are not available on the currently-scheduled dates due to pre-paid vacations, a previously-scheduled mediation commitment, and medical concerns. All parties are available on the alternative dates of July 30–31. Good cause shown, the motion is **GRANTED**. The evidentiary hearing shall be **RESCHEDULED** for **JULY 30–31 AT 7:30 A.M.**

    **IT IS SO ORDERED.**

Dated: June 21, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE