1  (Counsel for the parties listed on next page)

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  COLLETTE DELBRIDGE, individually and on behalf of all others similarly situated, | No. 11-02575-WHA |
| 12  Plaintiff, | **STIPULATION TO ALLOW TWO EXPERT DEPOSITIONS NOTWITHSTANDING EXPERT DISCOVERY CUT-OFF; [PROPOSED] ORDER** |
| 13  v. | |
| 14  KMART CORPORATION | Courtroom: 8, 19th Flr. |
| 15  Defendants. | Judge: Hon. William H. Alsup |
| 16 | Complaint Filed April 11, 2011 |

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 75514238.5

STIPULATION TO PERMIT TWO EXPERT DEPOSITIONS
NOTWITHSTANDING DISCOVERY CUT-OFF; ORDER
U.S.D.C., N.D. Cal., No. 11-02575-WHA

1    KEVIN J. McINERNEY (Cal. State Bar No. 46941)
     18124 Wedge Parkway #503
2    Reno, Nevada 89511
     Telephone: (775) 849-3811/Facsimile: (775) 849-3866
3    Email: kevin@mcinerneylaw.net

4    JAMES F. CLAPP (Cal. State Bar No. 145814)
     ZACHARIAH P. DOSTART (Cal. State Bar No. 255071)
5    DOSTART CLAPP & COVENEY, LLP
     4370 La Jolla Village Drive, Suite 970
6    San Diego, California 92122
     Telephone: (858) 623-4200/Facsimile: (858) 623-4299
7    Email: clapp@sdlaw.com, sdostart@sdlaw.com

8    MATTHEW RIGHETTI (Cal. State Bar No. 121012)
     RIGHETTI GLUGOSKI, P.C.
9    456 Montgomery Street, Suite 1400
     San Francisco, California 94101
10    Telephone: (415) 983-0900/Facsimile: (415) 397-9005
     Email: matt@righettilaw.com

Attorneys for Plaintiff Colette DelBridge and the Class

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
ELIZABETH J. MACGREGOR (Cal State Bar No. 267326)
MALAINA R. FREEDMAN (Cal. State Bar No. 286110)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
zachhutton@paulhastings.com
elizabethmacgregor@paulhastings.com
malainafreedman@paulhastings.com

Attorneys for Defendant Kmart Corporation

LEGAL_US_W # 75514238.5

STIPULATION TO PERMIT TWO EXPERT DEPOSITIONS
NOTWITHSTANDING DISCOVERY CUT-OFF; ORDER
U.S.D.C., N.D. Cal., No. 11-02575-WHA

## **STIPULATION**

Plaintiff Collette Delbridge and defendant Kmart Corporation, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The cut-off for expert discovery in this action currently is July 5, 2013.

2. The two experts yet to be deposed in this action are the plaintiff's expert, Dr. Gary Bakken, whose offices are in Arizona; and the defendant's expert, Dr. Jeffrey Fernandez, whose offices are in Virginia.

3. In order to accommodate the conflicting schedules of the experts and counsel, the parties agree and respectfully ask the Court to order that, notwithstanding the expert discovery cut-off in the action, the plaintiff's expert, Dr. Gary Bakken, may be deposed on August 12, 2013, and the defendant's expert, Dr. Jeffrey Fernandez, may be deposed on August 13, 2013.

Dated: July 2, 2013.

KEVIN J. MCINERNEY
MCINERNEY LAW

JAMES F. CLAPP
ZACHARIAH P. DOSTART
DOSTART CLAPP GORDON & COVENEY, LLP

MATTHEW RIGHETTI
RIGHETTI LAW FIRM, P.C.


By: /s/ Kevin J. McInerney_____
           Kevin J. McInerney
           Attorneys for Plaintiff

Dated: July 2, 2013.

JEFFREY D. WOHL
ZACHARY P. HUTTON
ELIZABETH J. MACGREGOR
MALAINA R. FREEDMAN
PAUL HASTINGS LLP


By: /s/ Jeffrey D. Wohl_____
           Jeffrey D. Wohl
           Attorneys for Defendant Kmart Corporation

LEGAL_US_W # 75514238.5

STIPULATION TO PERMIT TWO EXPERT DEPOSITIONS
NOTWITHSTANDING DISCOVERY CUT-OFF; ORDER
U.S.D.C., N.D. Cal., No. 11-02575-WHA

1  **[PROPOSED] ORDER**

2  On the stipulation of the parties, and good cause appearing therefor,

3  IT IS ORDERED that notwithstanding the July 5, 2013, expert discovery cut-off in this action,

4  plaintiff's expert, Dr. Gary Bakken, may be deposed on August 12, 2013, and defendant's expert

5  Dr. Jeffrey Fernandez, may be deposed on August 13, 2013.

6  This extension may not be used as a basis for changing other deadlines, including deadlines
7  for expert reports and the September 23 trial date.

8  **IT IS SO ORDERED**

9  Date:   July 9, 2013.

_____
William Alsup
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

---

LEGAL_US_W # 75514238.5

-2-

STIPULATION TO PERMIT TWO EXPERT DEPOSITIONS
NOTWITHSTANDING DISCOVERY CUT-OFF; ORDER
U.S.D.C., N.D. Cal., No. 11-02575-WHA