IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GARVEY, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　v.<br><br>KMART CORPORATION, and DOES 1–50, inclusive,<br><br>　　Defendants.<br>———————————————————/ | No. C 11-02575 WHA<br><br>**ORDER RE DEFENDANT'S DISCOVERY DISPUTE** |

The undersigned judge has read the letter dated July 17 from counsel for Kmart. Counsel for plaintiff is requested to file a response by **NOON ON JULY 19**.

**IT IS SO ORDERED.**

Dated: July 18, 2013.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE