IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLETTE DELBRIDGE, individually and on behalf of others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.
/

No. C 11-02575 WHA

**REQUEST FOR SUPPLEMENTAL INFORMATION**

The court is in receipt of the parties' joint motion to vacate and memorandum of understanding (Dkt. No. 401). Before ruling on this motion, the parties are requested to respond to the following questions by **TODAY, JUNE 25 AT 5:00 P.M.**

1. What is the breakdown of anticipated distributions for the LDWA payment, class representative payments, expenses for counsel, settlement administrator expenses, and individual settlement shares? You may approximate, but be specific.

2. Why should the Tulare class receive equal settlement shares as the Redlands class given that the Redlands class action has not yet gone to trial and could end up with a better record?

3. Does the release bar class members from bringing future claims on this same seating issue for time periods after the date of the judgment?

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2