IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLETTE DELBRIDGE, individually
and on behalf of others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**ORDER SETTING HEARING SCHEDULE**

The parties' proposed settlement appears to be little more than reimbursement of class counsel's expenses in exchange for a class-wide release. Under the proposal, the class members would receive only token sums (except for the class representatives, who would hit bonanzas). It is unlikely that the Court will give preliminary approval to this settlement. Nevertheless, a preliminary hearing on the proposed settlement will be held on **JULY 30 AT 8:00 A.M.** On Monday, counsel may submit additional memoranda in support of the motion. If preliminary approval for the settlement is rejected, the evidentiary hearing will begin on **JULY 31 AT 7:30 A.M.** If preliminary approval is granted, the evidentiary hearing will be held in abeyance.

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE