IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE DELBRIDGE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant.<br>_____/ | No. C 11-02575 WHA<br><br>**ORDER SETTING SCHEDULE RE FINAL SETTLEMENT AGREEMENT AND PROPOSED FORM OF NOTICE** |

    As stated at today's hearing, the parties shall file their final settlement agreement and proposed forms of notice to the Tulare and Redlands class members by **AUGUST 9 AT NOON**. The Court has not given preliminary approval to the request for incentive payments to class representatives. Counsel shall make sure that the mailing addresses for class members are accurate so that we will avoid the problem of having to decide whether class members who fail to receive actual notice are bound by the release.

    Plaintiff Garvey's Rule 60 motion will be **HELD IN ABEYANCE** pending the outcome of the final settlement motion. The July 31 hearing date is **VACATED**. For now, trial and pretrial

deadlines shall remain in place. The parties may move to stay such deadlines as part of their submission on August 9.

**IT IS SO ORDERED.**

Dated: July 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE