IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLLETTE DELBRIDGE, individually, and on behalf of others similarly situated,

    Plaintiff,

  v.

KMART CORPORATION,

    Defendant.

No. C 11-02575 WHA

**ORDER VACATING TRIAL DATES**

A recent order granted preliminary approval to the parties' settlement (Dkt. No. 418). The pretrial conference and trial dates are therefore **VACATED**.

In light of the prior order denying a request to seal the declaration of Mr. Righetti (Dkt. No. 390) and the withdrawal of the Rule 60 motion, the pending administrative motion to seal the declaration of Mr. Righetti is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE