1    [*Counsel listed on next page*]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   LISA GARVEY, individually and on behalf of all          No. 11-02575-WHA
     others similarly situated,

12                                                           [~~PROPOSED~~] ORDER GRANTING JOINT
                   Plaintiff,                                ADMINISTRATIVE MOTION TO
13                                                           MODIFY SETTLEMENT AGREEMENT
            v.                                               AND CLASS NOTICE
14
     KMART CORPORATION, and DOES 1-50
15   inclusive,

16                 Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    KEVIN J. McINERNEY (Cal. State Bar No. 46941)
     18124 Wedge Parkway #503
2    Reno, Nevada  89511
     Telephone:  (775) 849-3811
3    Facsimile:  (775) 849-3866
     E-mail:kevin@mcinerneylaw.net
4

5    JAMES F. CLAPP (Cal. State Bar No. 145814)
     ZACHARIAH P. DOSTART (Cal. State Bar No. 255071)
     DOSTART CLAPP & COVENEY, LLP
6    4370 La Jolla Village Drive, Suite 970
     San Diego, California  92122
7    Telephone: (858) 623-4200
     Facsimile: (858) 623-4299
8    E-mail:clapp@sdlaw.com
           zdostart@sdlaw.com
9

10   MATTHEW RIGHETTI (Cal. State Bar No. 121012)
     MICHAEL C. RIGHETTI (Cal. State Bar No. 258541)
11   RIGHETTI • GLUGOSKI, P.C.
     456 Montgomery Street, Suite 1400
12   San Francisco, California  94101
     Telephone:  (415) 983-0900
13   Facsimile:  (415) 397-9005
     E-mail:matt@righettilaw.com
14           mike@righettilaw.com

15   Attorneys for Plaintiffs Lisa Garvey, Colette DelBridge, and Sabrina Cline

16   JEFFREY D. WOHL (Cal. State Bar No. 096838)
     ZACHARY P. HUTTON (Cal. State Bar No. 234737)
     ELIZABETH J. MACGREGOR (Cal State Bar No. 267326)
17   BRITTANY A. SACHS (Cal. State Bar No. 287651)
     PAUL HASTINGS LLP
18   55 Second Street, 24th Floor
     San Francisco, California  94105-3441
19   Telephone:  (415) 856-7000
     Facsimile:  (415) 856-7100
20   E-mail:jeffwohl@paulhastings.com
          zachhutton@paulhastings.com
21        elizabethmacgregor@paulhastings.com
          brittanysachs@paulhastings.com
22

23   Attorneys for Defendant Kmart Corporation

24

25

26

27

28

On the joint administrative motion of the parties, and good cause appearing therefor,

IT IS ORDERED that the motion be and hereby is GRANTED.  The parties' Settlement Agreement is amended to include the Settlement Addendum.  The revised Class Notices will be used to provide notice of the parties' class action Settlement to the Redlands and Tulare Classes.

Dated:  September __10__, 2013.

_____
William H. Alsup
United States District Judge