**United States District Court**
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT

7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10  COLLETTE DELBRIDGE, individually
    and on behalf of others similarly situated,
11                                                      No. C 11-02575 WHA
            Plaintiff,
12
13      v.
                                                        **ORDER RE NOTICE**
14  KMART CORPORATION,                                  **OF ERRATA**

15          Defendant.
                                            /
16

17          The Court has received the stipulated notice of errata and request to modify the parties'

18  settlement agreement.  The two substantive changes therein are as follows (modifications

19  identified by bold, strikethrough, and underline):

20      At Section I, ¶ Q:

21          "Net Settlement Amount" means the Settlement Amount, less (as
            approved by the District Court) (i) the Class Representative
22          Payments **as approved by the District Court** and (ii) the Class
            Counsel Expenses Payment (which includes settlement of all
23          expenses incurred to date and to be incurred in documenting the
            Settlement, securing court approval of the Settlement,
24          administering the Settlement, and obtaining dismissal of action).

25      At Section III, ¶ M(1)(c):

26          Whether or not the Judgment becomes Final, the Settlement, this
            Agreement, any document, statement, proceeding or conduct
27          related to the Settlement or the Agreement, or any reports or
            accounting of those matters, will **not** be (i) construed as, offered or
28          admitted in evidence as, received as, or deemed to be evidence for
            any purpose adverse to Kmart or any other beneficiary of the
            releases granted under this Agreement (the "Released Parties"),
            including, but not limited to, evidence of a presumption,

**United States District Court**
For the Northern District of California

1   concession, indication or admission by any of the Released Parties
2   of any liability, fault, wrongdoing, omission, concession or
    damage; or (ii) disclosed, referred to or offered in evidence against
3   any of the Released Parties, in any further proceeding in the
    Action, or any other civil, criminal or administrative action or
4   proceeding except for purposes of effectuating the Settlement
    pursuant to this Agreement.

5   The Court requests that the parties provide briefing not to exceed five pages on whether

6   new notice and opportunity to opt-out should be provided to class members who may have relied

7   on the prior versions of these clauses by **NOVEMBER 8 AT NOON**.

8

9   **IT IS SO ORDERED.**

10

11  Dated: November 1, 2013.

    WILLIAM ALSUP
12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2