1  (Counsel listed on next page)

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

11  LISA GARVEY, individually and on behalf of all others similarly situated,

    Plaintiffs,

    v.

    KMART CORPORATION, and DOES 1-50 inclusive,

    Defendants.

No. 11-02575-WHA

**[PROPOSED] ORDER RE: ERRATA TO PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Courtroom:  8, 19th Flr.,
Judge:      Hon. William H. Alsup

Complaint Filed: April 11, 2011

LEGAL_US_W # 76766706.1

ORDER RE: ERRATA
U.S.D.C., N.D. Cal., No. 11-02575-WHA

KEVIN J. McINERNEY (Cal. State Bar No. 46941)
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811/Facsimile: (775) 849-3866
Email: kevin@mcinerneylaw.net

JAMES F. CLAPP (Cal. State Bar No. 145814)
ZACHARIAH P. DOSTART (Cal. State Bar No. 255071)
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200/Facsimile: (858) 623-4299
Email: clapp@sdlaw.com, sdostart@sdlaw.com

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94101
Telephone: (415) 983-0900/Facsimile: (415) 397-9005
Email: matt@righettilaw.com

Attorneys for Plaintiffs Lisa Garvey, Colette DelBridge and Sabrina Cline

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ZACHARY P. HUTTON (Cal. State Bar No. 234737)
ELIZABETH J. MACGREGOR (Cal State Bar No. 267326)
BRITTANY A. SACHS (Cal. State Bar No. 287651)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
zachhutton@paulhastings.com
elizabethmacgregor@paulhastings.com
brittanysachs@paulhastings.com

Attorneys for Defendant Kmart Corporation

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the typographical errors in the parties' Class Action Settlement Agreement be corrected as reflected in Exhibits A and B to the parties' stipulation.

Dated: November 15, 2013.

_____
William H. Alsup
United States District Judge