IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA GARVEY and COLLETTE DELBRIDGE,
individually and on behalf of others similarly situated,

Plaintiffs,

v.

KMART CORPORATION,

Defendant.

No. C 11-02575 WHA

**ORDER RE SETTLEMENT ADMINISTRATION**

Class counsel have certified that the terms of the class settlement have been carried out, save and except for distribution of $2,960.21 in uncashed funds and payment of the balance of class counsel's costs. Postcard reminders were sent to the class members who did not timely cash their checks (Hutton Decl. ¶ 4; Brokke Decl. ¶¶ 2–4, 6; Abrigo Decl. ¶ 5). For the uncashed funds, class counsel have proposed three potential *cy pres* organizations: Legal Aid Society Employment Law Center, Equal Rights Advocates, and the Animal Humane Society. No objections to the proposed *cy pres* organizations have been filed.

This order hereby **APPOINTS** the Legal Aid Society Employment Law Center as the *cy pres* recipient for the uncashed funds. Payment of the balance of class counsel's costs is hereby **APPROVED**. The December 4 hearing is **VACATED**. The file is **CLOSED**.

**IT IS SO ORDERED.**

Dated: November 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE